IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TERRENCE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20 CV 2287-JES-JEH |
| ) | |
| JEFFERY LONG, MD., SHANNON HAGGARD, ) | |
| Nurse Practitioner; MONICA WRIGHT, Nurse; ) | Hon. James E. Shadid |
| DAWN JAKOB, Licensed Practical Nurse; ) | District Judge |
| MJS ADVANTAGE, INC., ) | |
| THE MEDICAL GROUP OF KANKAKEE ) | Hon. Jonathan E. Hawley |
| COUNTY, LLC, and Kankakee County, Kankakee ) | Magistrate Judge |
| County Sheriff's Office, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT ON SETTLEMENT**

Counsel for Plaintiff Terrence Smith, Janine L. Hoft and Jan Susler of the People's Law Office, and counsel for Defendants Long, Haggard, Wright, Jakob, MJS Advantage, Inc., Kankakee County, Kankakee County Sheriff's Office, Michael Condon and Jason Rose, jointly provide the following status report on settlement.

The parties participated in a settlement conference with Magistrate Judge Jonathan E. Hawley on March 9, 2022. Settlement was not reached and the Court entered a text order directing the parties to file a status report on or before March 16, 2022, indicating whether settlement has been reached.

The parties report that the above entitled case is settled and will submit appropriate paperwork to the Court.

1

| | |
|---|---|
| Dated: March 16, 2021 | Respectfully Submitted,<br><br>s/ Janine L. Hoft<br>Jan Susler<br>Janine Hoft<br>People's Law Office<br>1180 N. Milwaukee Ave., 3rd floor<br>Chicago, IL 60642<br>773.235.0070<br><br>Attorneys for Plaintiff Terrence Smith<br><br><br>s/ Michael Condon<br>Michael Condon<br>Jason Rose<br>Hervas, Condon & Bersani, PC<br>333 Pierce Road, Suite 195<br>Itasca, IL 60143<br>630.773.4774<br><br>Attorneys for Defendants |